RECEIVED
UNITED STATES MARSHAL

2005 JUL -8 AM 9:36

NORTHERN DISTRICT OF
CALIFORNIA - OAKLAND

FILED

JUL 8 - 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JON SAUNDERS,<br><br>Defendant. | No. 4-05-70449 WDB<br><br>Release Order |

For good cause shown, IT IS HEREBY ORDERED that defendant Jon Saunders shall be released from U.S. Marshal custody, effective the morning of July 8, 2005. IT IS FURTHER ORDERED that upon release, Mr. Saunders shall immediately go to the Newbridge Foundation in Berkeley, CA, to participate in a drug and alcohol rehabilitation program (the Dual Diagnosis program, if deemed by Newbridge to be appropriate), and shall comply with all of the rules of that program, as well as with the previously ordered conditions of release. Mr. Saunders shall appear before this Court for a status appearance on August 4, 2005 at 10:00 a.m. IT IS SO ORDERED.

DATED: 7-8-05

Wayne D. Brazil
United States Magistrate Judge

cc: WDB's stats, 2 certified copies to Marshal
Copies to parties of record, Pretrial
via ECF

- 1 -