**FILED**

JUL 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

        v.

JON L. SAUNDERS,

    Defendant(s).

No.   CR-04-0880-PHX-ROS
No.   CR 4-05-70449 WDB

**ORDER RE RELEASE OF DEFENDANT
TO DRUG TREATMENT PROGRAM**

On July 7, 2005, the Court conducted a hearing in this matter.

Counsel for the defendant represented to the Court that A.U.S.A. Chuck Hyder, who is responsible for prosecuting Mr. Saunders in Arizona, does not object to placement of Mr. Saunders in New Bridge provided that defendant be immediately remanded back into custody if he violates any of the conditions of the drug treatment program. A.U.S.A. Kirstin Ault of California as well as a representative from Pretrial Services objected to Mr. Saunders' release into a drug treatment program.

As stated with more particularity on the record, the Court ORDERED the U.S. Marshals to release the defendant on July 8, 2005, so that the defendant can reside at New Bridge Dual Diagnosis program, a drug treatment program in California. If Mr. Saunders violates any condition of New Bridge's program or any direction from a Pretrial Services Officer, he will be immediately

cc: WDB's Stats, Chief Judge Stephen M. McNamee
Pretrial, Parties of record served by ECF, Marshal

REMANDED back into custody of the U.S. Marshals and REMOVED forthwith to the District of Arizona -- Phoenix Division.

The Court respectfully REQUESTS that District Judge McNamee of Arizona stay any proceedings pertaining to Mr. Saunders' alleged violation of his pretrial release conditions until the earlier of such time as Mr. Saunders has (1) completed the drug treatment program or (2) violated a condition thereof or a direction of Pretrial Services and been removed to Arizona.

IT IS SO ORDERED.

DATED: July 25, 2005

Wayne D. Brazil
United States Magistrate Judge